AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
WILLIAMSPORT
SEP 25 2023
PER _C/A____
DEPUTY CLERK

United States of America
v.
BRIAN LUPREK

Case No. 4:23-mj-00068

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  Octoebr 2020 to September 2023  in the county of  Lycoming  in the
Middle  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 2252A | Receipt of Child Pornography |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Tyler Matthew, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/25/23

_____
*Judge's signature*

City and state: Williamsport, PA

William I. Arbuckle, U.S. Magistrate Judge
*Printed name and title*