IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:23-MJ-00068 |
| | : | |
| v. | : | |
| | : | (ARBUCKLE, M.J.) |
| BRIAN LUPREK, | : | |
|     Defendant | : | FILED ELECTRONICALLY |

**DEFENDANT'S REQUEST FOR NOTICE OF INTENTION TO USE
EXPERT TESTIMONY & EVIDENCE,
PURSUANT TO F.R.Cr.P. 16(a)(1)(G)**

AND NOW comes Kyle W. Rude, Esquire, for Brian Luprek, who hereby requests that the Government provide a written summary of any expert testimony or evidence which the Government intends to use in its case-in-chief at trial under Rule 702, 703 & 705 of the F.R.E., in accordance with F.R.Cr.P. 16.

Respectfully Submitted,

**SCHEMERY ZICOLELLO, P.C.**

s/Kyle W. Rude_____
Kyle W. Rude, Esquire
Attorney for Defendant
I.D. #69015
333 Market Street
Williamsport, PA 17701
Telephone: (570) 321-7554
Facsimile: 570-321-7854
Email: kyle@sz-law.com