IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:23-MJ-00068 |
| | : | |
| v. | : | |
| | : | (ARBUCKLE, M.J.) |
| BRIAN LUPREK, | : | |
|    Defendant | : | FILED ELECTRONICALLY |

## DEFENDANT'S REQUEST FOR NOTICE OF INTENTION TO USE HEARSAY STATEMENTS PURSUANT TO RULE 807 OF THE F.R.E.

AND NOW comes Kyle W. Rude, Esquire, for Defendant Brian Luprek, who hereby requests that the Government provide Notice of its intention to use at trial any hearsay statements as an exception to the Hearsay Rule under F.R.E. 807.

Respectfully Submitted,

**SCHEMERY ZICOLELLO, P.C.**

s/Kyle W. Rude_____
Kyle W. Rude, Esquire
Attorney for Defendant
I.D. #69015
333 Market Street
Williamsport, PA 17701
Telephone: (570) 321-7554
Facsimile: 570-321-7854
Email: kyle@sz-law.com