# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:23-MJ-00068 |
| | : | |
| v. | : | |
| | : | (ARBUCKLE, M.J.) |
| BRIAN LUPREK, | : | |
| Defendant | : | FILED ELECTRONICALLY |

## DEFENDANT'S REQUEST FOR DISCOVERY

Kyle W. Rude, Esquire, Attorney for Defendant, Brian Luprek, respectfully requests a discovery conference with the Government.

Respectfully Submitted,

**SCHEMERY ZICOLELLO, P.C.**

s/Kyle W. Rude_____
Kyle W. Rude, Esquire
Attorney for Defendant
I.D. #69015
333 Market Street
Williamsport, PA 17701
Telephone: (570) 321-7554
Facsimile: 570-321-7854
Email: kyle@sz-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:23-MJ-00068 |
| | : | |
| v. | : | |
| | : | (ARBUCKLE, M.J.) |
| BRIAN LUPREK, | : | |
| Defendant | : | FILED ELECTRONICALLY |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he did electronically serve, via email, a true and correct copy of DEFENDANT'S REQUEST FOR DISCOVERY upon Alison Martin, Esquire, Assistant U.S. Attorney.

**SCHEMERY ZICOLELLO, P.C.**

s/Kyle W. Rude_____
Kyle W. Rude, Esquire
Attorney for Defendant
I.D. #69015
333 Market Street
Williamsport, PA 17701
Telephone: (570) 321-7554
Facsimile: 570-321-7854
Email: kyle@sz-law.com