UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :
                             :  CR. NO. 4:23-CR-273
     v.                      :
                             :  (Chief Judge Brann)
BRIAN LUPREK,                :
                             :
          Defendant.         :

### INDICTMENT

FILED
SCRANTON

OCT 24 2023

PER_____
      DEPUTY CLERK

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. § 2252(a)(2)
(Possession of Child Pornography)

Between on or about October 3, 2022, or about September 25, 2023, in Lycoming County, in the Middle District of Pennsylvania, the defendant,

**BRIAN LUPREK,**

did knowingly possess one or more matters which contained visual depictions of a minor, including a minor under the age of 12, engaged in sexually explicit conduct, the production of which involved the use of a minor, including a minor under the age of 12 years old, engaging in sexually explicit conduct, which had been mailed, shipped, and

transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

A TRUE BILL

GERARD M. KARAM
United States Attorney

/s/ *Michelle Olshefski*
ALISAN V. MARTIN
Assistant United States Attorney

10/24/2023
Date