UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : NO. 4:23-cr-00273 |
| | : |
| v. | : |
| | : |
| BRIAN LUPREK, | : (filed under seal) |
| Defendant | : |

### ORDER

And now this __1st__ day of November 2023, the above-captioned case is hereby unsealed. The criminal complaint affidavit remains under seal.

*s/William I. Arbuckle*
WILLIAM I. ARBUCKLE
U.S. MAGISTRATE JUDGE