IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:23-CR-00273 |
| | : | |
| v. | : | (Chief Judge Brann) |
| | : | |
| BRIAN LUPREK, | : | |
| Defendant | : | FILED ELECTRONICALLY |

## MOTION TO CONTINUE JURY SELECTION AND TRIAL

NOW COMES, Defendant, Brian Luprek, by and through his attorney, Kyle W. Rude, Esquire, who moves this Honorable Court to continue Jury Selection and Trial and in support thereof asserts:

1. On October 24, 2023, Brian Luprek was charged in a 1 Count Indictment with Possession of Child Pornography in violation of 18 U.S.C. § 2252(a)(2).

2. Undersigned Counsel was appointed to represent Brian Luprek by Order of Court dated September 25, 2023.

3. By Scheduling Order dated September 9, 2024, Jury Selection and Trial were scheduled for November 4, 2024.

4. A continuance of Jury Selection and Trial is requested because the parties have a signed plea agreement.

5. Assistant United States Attorney Geoffrey MacArthur concurs in this request for Continuance.

WHEREFORE, Defendant prays this Honorable Court grants the Motion for Continuance of Jury Selection and Trial.

Respectfully Submitted,

**SCHEMERY ZICOLELLO, P.C.**

s/Kyle W. Rude_____
Kyle W. Rude, Esquire
Attorney for Defendant
I.D. #69015
333 Market Street
Williamsport, PA 17701
Telephone: (570) 321-7554
Facsimile: 570-321-7854
Email: kyle@sz-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:23-CR-00273 |
| | : | |
| v. | : | (Chief Judge Brann) |
| | : | |
| BRIAN LUPREK, | : | |
| Defendant | : | FILED ELECTRONICALLY |

## **CERTIFICATE OF CONCURRENCE**

AND NOW, comes Kyle W. Rude, Attorney for Defendant, Brian Luprek and certifies that he contacted Geoffrey MacArthur, Esquire and he concurs in the foregoing motion.

**SCHEMERY ZICOLELLO, P.C**

s/ Kyle W. Rude
Kyle W. Rude
I.D. No. 69015
Attorney for Defendant
333 Market Street
Williamsport, PA 17701
Telephone: 570-321-7554
Facsimile: 570-321-7854
Email: kyle@sz-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:23-CR-00273 |
| | : | |
| v. | : | (Chief Judge Brann) |
| | : | |
| BRIAN LUPREK, | : | |
| Defendant | : | FILED ELECTRONICALLY |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he did electronically serve, via email, a true and correct copy of the Motion to Continue Jury Selection and Trial upon Geoffrey MacArthur, Esquire, Assistant U.S. Attorney.

**SCHEMERY ZICOLELLO, P.C.**

s/Kyle W. Rude_____
Kyle W. Rude, Esquire
Attorney for Defendant
I.D. #69015
333 Market Street
Williamsport, PA 17701
Telephone: (570) 321-7554
Facsimile: 570-321-7854
Email: kyle@sz-law.com