IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:23-CR-00273 |
| | : | |
| v. | : | (Chief Judge Brann) |
| | : | |
| BRIAN LUPREK, | : | |
| Defendant | : | FILED ELECTRONICALLY |

## **ORDER**

AND NOW, this ____ day of _____, 2024, after reviewing the Motion to Continue Jury Selection and Trial filed by Attorney Kyle W. Rude, IT IS HEREBY ORDERED AND DIRECTED THAT (1) the motion is granted; (2) Jury Selection and Trial is continued to the ____ day of _____, 202_.

BY THE COURT,

_____
J.