# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:23-CR-00273 |
| v. | (Chief Judge Brann) |
| BRIAN LUPREK, | |
| Defendant. | |

## ORDER

### NOVEMBER 1, 2024

**BACKGROUND:**

On October 14, 2023, a grand jury sitting in the Middle District of Pennsylvania returned an Indictment as to the above-named defendant. Jury selection and trial are currently scheduled for November 4, 2024.

On November 1, 2024, Defendant moved for a continuance of jury selection and trial because parties have a signed plea agreement. Defendant has obtained concurrence of all counsel and opposing counsel. Trial will be continued to the February 2025 term of this Court.

The court makes the following findings:

1. Defendant's counsel has requested a continuance because the parties have a signed plea agreement.

2. Failure to grant the requested continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3.  Failure to grant the requested continuance would be likely to result in a miscarriage of justice.

4.  The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

5.  For purposes of the Speedy Trial Act, the period of delay resulting from the requested continuance is excludable in accordance with 18 U.S.C. § 3161 (h)(7)(A).

**NOW, THEREFORE, IT IS ORDERED** that:

1.  Defendant's Motion to Continue Jury Selection and Trial, Doc. 47, is **GRANTED**.

2.  Jury selection is continued from November 4, 2024 to **February 3, 2025 at 9:30 a.m.**, in Courtroom No. 1, United States Courthouse and Federal Building, Fourth Floor, 240 West Third Street, Williamsport, Pennsylvania.

3.  For purposes of the Speedy Trial Act, the period of delay resulting from this continuance is excluded in accordance with 18 U.S.C. § 3161 (h)(7)(A).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge