# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:23-CR-00273 |
| v. | (Chief Judge Brann) |
| BRIAN LUPREK, | |
| Defendant. | |

_____

Type of Case:

        ( ) Civil         (X) Criminal

_____

(XX) TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | Courtroom #1 |
| Federal Building | Fourth Floor |
| 240 West Third Street | **January 23, 2025** |
| Williamsport, PA 17701 | at **10:00 a.m.** |

TYPE OF PROCEEDING: **Change of Plea**

                              PETER J. WELSH, CLERK

                              *s/ Janel R. Rhinehart, Deputy Clerk*
                              Janel R. Rhinehart, Deputy Clerk

Dated:   January 9, 2025

TO:   Alisan V. Martin, AUSA
       Geoffrey W. MacArthur, AUSA
       Kyle W. Rude, Esquire
       U.S. Marshal
       U.S. Probation